FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 8 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 21-1827 WJ |
| ) | |
| vs. ) | |
| ) | 18 U.S.C. §§ 922(g)(1) and 924: Felon in |
| **SHAWN MICHAEL NORTON,** ) | Possession of a Firearm and Ammunition. |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

On or about October 23, 2021, in San Miguel County, in the District of New Mexico, the defendant, **SHAWN MICHAEL NORTON**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) possession of a stolen vehicle,

(2) aggravated domestic violence,

(3) disorderly conduct with a weapon, and

(4) escape (two counts),

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **SHAWN MICHAEL NORTON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

(1)   a Ruger model EC9 9mm pistol, serial number 455-12437, and

(2)   any ammunition seized with the pistol listed above.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney