UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

                                                              Case No. 1:21-cr-01827-DHU

-vs-

SHAWN MICHAEL NORTON,

        Defendant.

## ORDER GRANTING OPPOSED MOTION TO REMOVE ELECTRONIC MONITORING

**THIS MATTER** is before the Court on defendant Shawn Michael Norton's Opposed Motion to Remove Electronic Monitoring, filed on September 26, 2022. Doc. 27. According to the motion, Mr. Norton has been in full compliance with his conditions of his release since he was allowed to move to Las Vegas, Nevada at the beginning of September. *See id.* ¶ 4. Further, although the motion states that it is opposed, *id.* ¶ 5, the United States did not file a response in opposition to the motion. U.S. Pretrial Services has recommended that Mr. Norton be removed from electronic monitoring. *Id.* ¶ 4. Having reviewed the docket in this case and noting that Mr. Norton has complied with the conditions of his release since he originally was released in February 2022, the Court GRANTS Mr. Norton's motion.

**IT IS THEREFORE ORDERED** that defendant Shawn Michael Norton's Opposed Motion to Remove Electronic Monitoring (Doc. 27) is GRANTED. Mr. Norton is removed from electronic monitoring. All other previously imposed conditions will remain in effect.

DATED this 17th day of October 2022

_____
Laura Fashing
United States Magistrate Judge